Under §1915(d) Defendants Actions violated Plaintiff. First Amendment right to Access the Court and Plaintiff Due Process rights under Reconstruction Era Civil Right Act ~~Confid~~ Condified at 42.U.S.C §1981. et. seo. Plaintiff believes he has colorable Claim cited in. Bounds v. Smith. 430.U.S, 817 97.S. Ct. 1491.(1977); & Gordon v. Leeke. 574. F. 2d. 1147. 1153. (4th Cir. 1978.

Plaintiff consider Appointing ~~bitha~~ billingual Attorney in presenting this Constitutional Violation before A Jury Trial. To End U.S. Court cover up And pay Me immediately the Danger slavery, that injured All my body plus Caused Me Anal bleeding, neck fracture by FBOP./8. Door $Assault by DOC. 2017. And 2019. Try to Kill Me by Trooper cover up, court. Sup Court WA.DC.

DONE. Dec, 19-2019.                    By
                                    JEIKTON LongJTan Geronimo
I declare under 28. U.S.C. 1746. Dickes son. V. Wainwright Jr.
        626, F2d. 1184:(1980) that the Above is True,
12,
Po Box 940292. Miami Fl. 33194.

FILED BY _____ D.C.
DEC 23 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

I won. Few games in Walmart. 500°° dollars $500°°
$1,000°° dollars.   $1000°° dollars $1000,°° more, Walmart.
has been harassing to me Everyday, by phone 305) 4170792. To pay me.
Tell me. You miss my Call of Walmart. . Richennes Alliens, that
are so Greed. & Selfisheness. but never pay me one Dollar. They
came to American Indian Lands to Stealing: Not to pay it. $.

Cube smart. Every day. 5To. Floor cut off The Air
Conditioner by Danielle Rodriguez: and: Lopéz Elsa.
So I can't write. my legal Matter.

See. Enclosed my Legal Official Petition

To the US. Congress. Signed by me. Long Jaw.
By. Rubio, Murcasel and. Scott.

Nº # 100 7964 54. 4N2AAU1901 - 5.
$1,461. dollar $800. Additional
Call me. American and, Don't even give me my
American Passaport by Traytors Euroamericans Boy's.

All the Injuries your US, Florida Court
Caused me, IN this false Imprisonment 3-Times,
I should have Immediately

1- Free Medicare Only. Immediately. Before. 2020.
2- No more US. Court Extortion Blackmails
or Brabery.
3- Housing Immediately. IN Key largo Fla. IN
Minimum house plan 8; OR: Section 8. OR
Elder law Income.
4. Full Desability Payment. Near $2000.00 dollars.

5- Immediately my FL. drive licence. only Take
my picture without Exament, since your Army
US. Court order Kidnap me From the street
without cause. just The US. Court Gov't want
to speak to you, You are not under Arrest
police officer tell me, that. to me. I been
11, Secreting Kidnapping by your US Court 21/5 yrs!

Also, WA, Dc. 202) 224 3041.

And, I explained All my situations every day
to a white men answer the phone in
Orlando. Fl. He tell me, that, No Marco
Rubio, Not Rick Scott, or Not Debbie
Murcasel Powell, cannot help me, in nothing.
This Happen After I call to a Attorney
lady of Immigration office. And I tell the
whole Corrupt sytuation that I have made me,
From your Florida District Court since. 1992.
Till today. Dec. 19-2019/2020. Soon.

Only a Probono bilingual Attorney
can help me. To Stopp your Federal Government
Miscarrmage of Justice.

I been in the street homeless since.
2014. January. 2014. by your US. Court,
Malicrous Racial Inhumane Slavery me in Prison!

Send me many letters of the Alliance for Retired Americans.

So I am a American Alliance Retired but Judges, Prosecutors, and Agents, Never want, to providing my American (~~papado~~ Pasaport.) Passaport. To. Give me 100% Entretenimiento ask me to cooperated $10⁰⁰ $200⁰⁰, $300⁰⁰.

Enclosed 2-pages by Richard J. Fiesta) Executive Director..

They want ~~that~~ I believed, that. Rubio, Scott, Powell. his Attorneys will help me, in my Corrupt Case. This plan was made up. So I can give up File my $70,000,000⁰⁰ Million § 1983 for Florida Courts, three 3. Times False Imprisonment to me..

On, December, 18. 2019. I call to Marco Rubio. 407) 254 25 73. legal Office

9.

This case need it, A Real Expert and Investigator to Destroyed All my hidden Evidences by Moskowitz, Rocha. Getchell, Hurley. ATF. DEA. US Customs John Adking. Josefina Douglas testify new Evidences. cover by Rocha, Getchell, ATF,/ DEA/ Hurley Moskowitz. et.Al.

Senator Marco Rubio; Rick Scott and Representative. Debbie Murcasel Powell, and Mr. Fiesta. writte me, send me From. Washington DC. Many letters., Send me Few Privace Act Consent Form.

His case workers Address in Orlando Florida, Lie to me, tell me. Send me All your legal document to my office. IN WA. DC, and Orlando Florida. Send me many forms of SS.I. so I can donate 20. times same Fake Letters to give me $800°° more in my desability.

8.

Courts INSTRUCTIONS, without a Real lawyer?

See. Robert Nichol Scola.
Hector Flores
Bonnie Phillips Williams
Kathleen. William.
Jeann M. Mollenhoff
Anne R. Scholtz.
Bernardo Lopez
Janice L. BergMANN.
Rocha.
Getchell,
Moskowitz
Hurley.
Wilson
Fae.
White.
Hull. and
300 More

7. All Working Against LongJaw Geronimo; Jr

Your US. federal District Court of Florida Continue order to torture to me. in any place I been sleeping since. 2015. til today December 2019/2020. Soon.

Your Court take my Drive Licence in 1992. my SS. Injured my Face my back my Neck: My Knee's: My Hipp: My Eyes: My leggs

Your Court Disappear My Name, my Case. my Transcripts of my false Case, so I can't Never can Appeal my wrongful Conviction. And Telling to the lady Grow me up. That I was Death since 1992. thru 2016. That she Die by your Court fabricate Misconduct.

Your Judges dismissed over 1000, Appeals from me Due to my Lack of English Language., I Failure to Respond the....

Eleventh Cir' of Appeals Georgia Atlanta, All Judges Refusing to Appeal my Wrongful Conviction by this Army In Miami Judges Prosecuters, And their Tie) conspirators Public defender Attorney Janice. Bergmann. !

The Mutriples Issues Involved, Lies. Fabrications. BearFact. Required (dAnger) Investigations which the Plaintiff Cannot do while Eliterate poor English Suffer MentAl and Torture In Miami Every day. by your US. Court of Florida Deprived me of Food. Stamps. Medication Medicare are Denial. Glasses. . No Housing since. 2014. And Mini SSI. $750.00 dollars that I can't Rent any places to liver. Live Like I live In 1992 when your Court order to Kidnap me!

5.

The plaintiff fabricated made up case become Extremely Complex by all their Contradictory Lies fabricate Cases. without Mirandas Warning

Notbody read my Charges.

Not Discovery

Not Speedy Trial

Not Investigation

Not Interogation

No let me testify In Trial

Only Montage by Tampering my Evidences

Not Evidentiary Hearing.

Not Jury Trial. Due Process of law Violation

Sound Like: Adolf Hitler vs. Jews.

Geronimo Jongjaw v. Rocha & Getchell,

v. Schultz.          v. Hurley

v. Mullenhoff      v. Moskowitz.

v. Judges. / Without Evidentiary hearing

4.      v. Without Jury Trial.

Rocha was Dismissed for the fabrication of my Case No. 92-571-CR-W.D.F. N°#46041-004. and DEA. Michael Lee Lucas Also was dismissed For Fabrication of my Case. Like my Corrupt Public Defender [Prosecutor] Hector Flores. Dismissed Too.. For Conspiracies with Rocha, and New Prosecuter Richard Earl Getchell. Caugh In the Rocha Fabrication Conspiracies all The Whole Case was cover up by all federal Judges Appear their Names In my Fabricated Case.

# Plaintiff. Is not able to Afford Counsel $. and US. Court only pud me, Public Defenders Official of their Court. Serve only their U.S, Court. Not to me. Is why I was Secreting Kidnapping In Washington Next To Canada by Judges, PSI. Nylen Kristin, Rocha, Getchell and Ex prosecutor False private Attorney Jay Richard Moskowitz a danger Undercover prosecutor. 100% Corrupt.

3

Plaintiff, Longjaw, pursuant 28, U.S.C. §1915.(d) Recover this Court to Appoint bilingual Counsel IN representing this Plaintiff IN his Civil Complaint for the Folloging Reasons.

Plaintiff was a Hostige of cuba Communist and Learn Hispanish before start copy English.

I am still read. or speak or written good English. I copy this motion from a Washington D.O.C. Under Kidnapping case No. CO1-1658 C. Seattle Washington Judge Monica J. Bento.

This Motion was made by a Chicano prisoner to me, doe my Illiterated. In Challam bay SuperMax.

This Case. proved that my Case are 100% A Corrupt Misconduct fabricated by your Federal Court. ATF. (Ex Miami Miami police Rafael Rodriguez) who was Dismissed for Police Corruption) and Caught in Perjury in Federal Court Misconduct with Fernando Aenlle Rocha Prosecutor----

United States District Court for the
Southern District of Florida Miami.

Case Nº 92-571-CR. W. D. F.

| | |
|---|---|
| Elkton Longjaw Geronimo. Jr. <br> Plaintiff <br> vs. <br> Fernando Aenlle Rocha <br> and <br> Richard Earl Getchell. <br> et al Defendants | Emergency Motion For Serious Consideration To Any Impartial Judge To Make Justice. This Motion Request A Free $ Probono Private Real Attorney (Not Any official of your court. To be belingual Appointment To answer my Case. |

Identity of Moving Party.
A, Florida Federal Political Prisoner;
Elkton Longjaw Geronimo. Jr. Secreting
Kidnapping In false Imprisonment just without cause!
Plaintiff, Elkton Longjaw Geronimo. Jr. Acting In
Forma Pauperis, requesting Probono Attorney To
answer my Complaint because I can't answer my self!

[Confidential. Is not for public disclosure]

1.

# Alliance for Retired Americans®

*I AM A real American Manipulated by Liars*
*December 19. 2019.*

**SECOND NOTICE**

Dear Alliance Member,

Your Official 2020 Membership Card is enclosed, and I hope you'll carry it as a reminder of what is at stake and make a special emergency donation today.

Social Security and Medicare are being painted with a giant bull's-eye by Washington politicians in a frenzy to cut taxes for their millionaire friends …

… <u>and your generous support is urgently needed to give your Alliance the power and influence to make sure Congress doesn't slash your income and health benefits</u>.

Let me be frank.

Washington is <u>overrun</u> with lobbyists and political operatives backed by Wall Street, the health insurance industry and drug companies — and they're pulling out all the stops to get Congress to hand over your Social Security and Medicare benefits to the private sector.

**How big a hit will your family take if they cut your Social Security benefits and your Medicare coverage?**

Today's Congress is a <u>massive threat</u> to Americans age 60+ and they're ready to take away current and future benefits in order to pay for tax cuts for the super rich.

<u>We urgently need your emergency contribution to make sure the government keeps its solemn promise to deliver the benefits you depend on for economic and health security</u> — <u>owed benefits you earned over a lifetime of work and paying into the system</u>!

(Over, please)

Alliance for Retired Americans • 815 16th Street, NW • Washington, DC 20006 • www.retiredamericans.org
Paid for by the Alliance for Retired Americans, a nonprofit corporation dedicated to educating the public on issues important to seniors.

-2-

So far your Alliance has held the line and stopped Congress from cutting Social Security and dismantling Medicare …

… but our ability to continue to do so depends on how much clout we have on Capitol Hill and our membership base.  We're going up against special interest lobbies and corporations that toss around millions of dollars like confetti to buy influence.

**We need every single one of our 4.4 million members (you, too!) backing us to remind your elected officials of who they were sent to Washington to represent — YOU!**

That's why, along with your 2020 Membership Card you'll find a postcard addressed to your U.S. Representative in Congress.

We want to flood the offices of every Representative with Alliance postcards reminding them that they were elected to represent US, not the special interests gunning for Social Security and Medicare!

With Congress panhandling for campaign contributions to get re-elected, that's exactly when they're most likely to vote on bills that would most likely hurt you and we need to act quickly.

**Please participate in our postcard campaign by signing yours and returning it to me today with the most generous emergency contribution you can send to fund all of our action and advocacy.**

Your Alliance is the nation's leading organization fighting to save your Social Security and Medicare, and with the full force of our 4.4 million members behind us, we get results!

Our experts and members testify before congressional panels, participate in press events, and speak at and attend rallies with congressional leaders.  We mobilize hundreds of Alliance members and march up the steps of Capitol Hill

(next page, please)

-3-

en masse to meet with officials from their home states and vocally oppose any cuts to your Social Security and Medicare benefits.

When Congress is in recess, your Alliance organizes grassroots events and visits to lawmakers' state and district offices. Armed with Alliance training and talking points, our members and activists ask questions at constituent forums and aggressively advocate for you.

Every session of Congress we publish a comprehensive Congressional Voting Record documenting how all members of the House and Senate vote on key issues affecting you. And we distribute the Voting Record widely, informing the media and the public with the facts on where lawmakers actually stand as proven by how they vote on our issues.

Our legislative experts on staff are your vigilant watchdogs when it comes to the hundreds (or thousands) of pages of any given piece of legislation that could harm or help you …

… and when a vote in Congress is imminent, we mobilize the full force of our membership — 4.4 million strong and counting! — to make sure the 60+ voice is heard loud and clear.

For example, when the House of Representatives voted to gut Medicaid and slash Medicare, your Alliance stopped the Senate from doing the same.

But although we succeeded in rescuing your health benefits from that one particular chopping block, the fight is far from over.

That's why, wherever Congress goes out on the campaign trail for the next election, we'll organize our grassroots members and show up in force at local events to hold politicians accountable for their votes to take away your benefits.

In Washington, back at home, and at every turn, Congress knows your Alliance is the country's # 1 force to be reckoned with when it comes to any detrimental changes to Social Security and Medicare.

(over, please)

-4-

That's true because we have big numbers of Americans age 60+ behind us, 4.4 million members ready to take collective action, ready to swamp inboxes and switchboards, ready to turn plans to cut Social Security and Medicare into public relations nightmares, ready to protect your benefits.

Please, help your Alliance be your top advocate in Washington by sending your emergency contribution right away. Your generous support will help us bring added pressure on Congress and save the programs you count on.

Cutting Social Security and rationing your Medicare benefits to pay for tax cuts for millionaires and billionaires is flat-out <u>wrong</u>. Wrong because we paid for our benefits in advance with every paycheck deduction over a lifetime of work …

… wrong because Social Security is self-funded and shouldn't be raided to give the wealthiest Americans a tax windfall, and wrong because the skyrocketing cost of *health care* is what Congress should focus on cutting, not the Medicare program itself.

But wrong or not, cutting Social Security and Medicare and putting an end to any guarantee of your benefits is what Congress is planning.

Don't let them get away with it. Stand strong with your Alliance and fight with us for your rights. <u>Please</u>.

Sincerely,

Richard J. Fiesta
Executive Director

P.S. Please don't underestimate the very real, very serious threats to Social Security and Medicare. Congress is downright hostile to Americans age 60+, and that's why I urge you to sign the enclosed postcard on the back where indicated and return it along with your emergency contribution. And please, make the most generous contribution you possibly can. It's that serious, and that important. <u>Thank you</u>.

to: Florida U.S. District Court.

Case no. 92-571-CR-W2F

Affidavit of Service by Mailing
of Elkton Jongjaw Geronimo. Jr.

Enclosed Motion for Consideration

for Appointment bilingual. Probono
Attorney in.

Dec. 19, 2019.

Elkton Jongjaw Geronimo
Jr.

Elkton Jongjaw Geronimo Jr.

I declare under penalty of perjury that I
deposit. Rubio Morcase l. Scott. stamped new law SSI
signed by me. 3 pages of Fiesta. Director.

PRESS FIRMLY TO SEAL

SEAL

**UNITED STATES**
**POSTAL SERVICE**®

RITY®

IL



U.S. POSTAGE PAID
PM 1-Day
MIAMI, FL
33184
DEC 20, 19
AMOUNT

**$7.35**

R2303S101615-10

1006      33128

FROM: Elkton Longjaw Geronimo Jr
Po Box 940292.
Miami, FL   33194

. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
ackaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

Legal Mail
Merry Christmas



3526 29

to many major
e.

TO: US District